IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  January 23, 2013 |
| Court Reporter:      Gwen Daniel | Probation: Katrina Devine |

_____

Criminal Action No. 12-cr-00054-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Michele R. Korver

    Plaintiff,

v.

10. ISAIAS CASTANON-GONZALEZ,               Stephen Alonzi

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

10:37 a.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Korver)

Sentencing Statement (by Mr. Alonzi)

1

**ORDERED:** Based on the correction to the Sentencing Report, the defendant's objection (ECF 357) is DENIED AS MOOT.

**ORDERED:** There being no objection to the motion, the United States' Motion for Three Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(a) and (b) (ECF No. 363) is GRANTED.

**ORDERED:** There being no objection to the motion, the United States' Motion to Dismiss Count 1 of the Superseding Indictment as to Defendant No. 10 Costanon-Gonzalez, as well as all counts of the original Indictment as to Defendant No. 10 Isaias Costanon-Gonzalez (ECF No. 364) is GRANTED.

Count 1 of the Superseding Indictment as well as all counts of the original Indictment as to Defendant No. 10 Isaias Costanon-Gonzalez are DISMISSED.

10:51 - 11:01 Bench conference

Court's comments

**ORDERED:** The United States §5K1.1 Motion for Downward Departure Based On Substantial Assistance (ECF No. 362) is GRANTED.

Court's comments

**ORDERED:** Defendant Isaias Costanon-Gonzalez' Unopposed Motion for Downward Departure (ECF No. 358) is DENIED AS MOOT.

**ORDERED:** Defendant Isaias Costanon-Gonzalez' Motion for Variance (ECF No. 359) is DENIED AS MOOT.

> Defendant plead guilty to Count Four of the Superseding Indictment on October 17, 2012.

Defendant's Allocution

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Isaias Castanon-Gonzalez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of one month.

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED: Upon release from imprisonment, the defendant shall be placed on supervised release for a period of one year.**

**Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined by 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: Special Conditions of Supervised Release:**

1. **The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's Judgment and Sentence.**

2. **As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.**

3. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the entire term of supervision,**

>   **including the course of treatment, and shall pay the cost of treatment as directed by the probation officer.**
>
> 4. **The defendant shall be placed on home detention for a period of eleven months, to commence at the direction of the probation officer. During this period, the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer.**
>
>   **This period of home detention shall be enforced by Global Positioning Satellite monitoring. The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer. The defendant shall pay the cost of electronic monitoring as directed by the probation officer.**
>
> 5. **The defendant shall pay a special assessment of $100.00 and a fine of $1,000.00.**

**ORDERED:**      **Interest on the fine is WAIVED.**

**ORDERED:**      **Payment of the monetary obligations shall be due as follows:**

>   **The special assessment and fine obligation are due immediately.  Any unpaid fine balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated at least 10% of the defendant's net household monthly income.**

Discussion re forfeiture allegation

**ORDERED:  The Judgment will not include any forfeiture provision.**

Defendant requests community service in lieu of the payment of a fine (by Mr. Alonzi).

**ORDERED:  Defendant's oral motion for community service in lieu of the payment of a fine is DENIED**.

Defendant requests electronic monitoring, instead of the GPS system (by Mr. Alonzi).

**ORDERED:  Defendant's oral motion for electronic monitoring instead of the GPS system is DENIED.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:** **The Court finds that the defendant is not likely to flee or pose a danger to the safety of any other person or the community.  It is therefore,**

**ORDERED:** **That the defendant shall surrender at the institution designated by the Bureau of Prisons at 12:00 noon on the 27th of February  2013.**

11:22 a.m.    Court in Recess
              Hearing concluded
              Time: 45 minutes